# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1669
Lower Tribunal No. 18-9086
_____

**Trandworld, Inc.,**
Petitioner,

vs.

**Justin Rubin, et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Tirado-Luciano & Tirado, and Monica Tirado and Alex Tirado-Luciano, for petitioner.

Siegfried Rivera, and B. Michael Clark, Jr., for respondents.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

## ON MOTION FOR REHEARING OR CLARIFICATION

Petitioner's motion for rehearing is granted. We withdraw our previous opinion and issue this opinion in its place.

The petition for certiorari is dismissed without prejudice to petitioner seeking appellate review of the denial of its motion for relief and the order imposing sanctions once a final order has been entered. See, e.g., Jaye v. Royal Saxon, Inc., 720 So. 2d 214, 215 (Fla. 1998) ("[I]t is settled law that, as a condition precedent to invoking a district court's certiorari jurisdiction, the petitioning party must establish that it has suffered an irreparable harm that cannot be remedied on direct appeal.").

Petition dismissed.